March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

Ramon Peralta ,
                   Defendant(s).

----------------------------------------------------------------X

CONSENT TO PROCEED BY
~~VIDEOCONFERENCE~~ Teleconference

20 CR 385 (LMS)

Defendant __Ramon Peralta__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~:
teleconferencing

\_\_\_    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence

/s/Ramon Peralta, electronic signature placed by USMJ Smith with the defendant's permission

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Susanne Brody_____
Defense Counsel's Signature

   Ramon Peralta
_____
Print Defendant's Name

   Susanne Brody
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

*/s/ Lisa Margaret Smith*

7/30/2020
_____
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge