UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    **CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

-against-

Ramon Peralta                                                20 Cr 385 (KMK)

Defendant(s).
-----------------------------------------------------------------X

Defendant Ramon Peralta hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ Conference Before a Judicial Officer – Pretrial conference


_____    \_\_\_\_/s/_____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

\_\_\_\_Ramon Peralta\_                            \_\_Susanne Brody_____
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

\_\_\_\_\_8/18/2020\_\_\_\_                             _____
Date                                           U.S. District Judge/U.S. Magistrate Judge