# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDOR...

Susanne Brody
*Attorney-in-Charge
White Plains*

October 13, 2020

BY ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

**Re: United States v. Ramon Peralta**
**20 Cr. 385(KMK)**

Dear Judge Karas:

This letter is written on behalf of Mr. Pralata and requests a modification of the terms of bail conditions which were set on July 20, 2020, by Magistrate Judge McCarthy. The terms of his bail included GPS monitoring and home detention. At the time of his hearing the Court directed P.T.O. Leo Barrios to report back within 60 days to inform the Court whether monitoring and home detention were necessary. I have spoken to both pretrial and the government and they do not object to the removal of these bail conditions. Therefore, we respectfully request that this Court modify the bail conditions and allow the removal of both the tracking and the home detention requirements.

We thank the Court in advance for your kind consideration of this request.

Respectfully submitted,
/s/
Susanne Brody

cc: Magistrate Judge Judith McCarthy
Marcia Cohen, A.U.S.A.
Leo Barrios, U.S.P.T.O.
Mr. Ramon Peralta

Granted, on consent of the Government and Pre-Trial Services.

So Ordered.

*[signature]*

10/14/20