UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 226 (KPF) |
| DAJAHN MCBEAN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a remote change of plea hearing on **January 22, 2021, at 9:00 a.m.**, with an alternate time of 11:00 a.m. Access instructions for the video conference will be provided to the parties in advance of the conference.

SO ORDERED.

Dated:  December 22, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge