**Federal Defenders**
OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124   Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

July 19, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   <u>Re:</u> United States v. Ramón Peralta
      20 Cr 385 (KMK)

Dear Honorable Karas:

  I am writing on behalf of Ramón Peralta. Due to Susanne Brody's retirement, last week Mr. Peralta's case was transferred to me and my colleague, Elizabeth Quinn. I ask that Your Honor please delay, for four weeks, issuing a decision on the motions that were previously filed by Ms. Brody. This would enable me to review the discovery and determine whether to supplement the motions that were filed by Ms. Brody. I have communicated with A.U.S.A. Marcia Cohen and she does not object to this request.

Granted.

So Ordered.

*[signature]*

7/19/21

Respectfully,

*[signature]*

Benjamin Gold
Assistant Federal Defender

cc: AUSA Marcia Cohen (via e-mail and ECF)

   Elizabeth Quinn