# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Via E-mail and ECF

August 16, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Ramón Peralta
      20 Cr 385 (KMK)

Dear Honorable Karas:

As detailed in my July 19, 2021 letter, Ramón Peralta's case was transferred to me and my new colleague, Elizabeth Quinn. We have reviewed the discovery and the motions that have been filed in Mr. Peralta's case and, with Your Honor's approval, we would like to supplement the motions that were previously filed by Susanne Brody. I ask that Your Honor please allow us to file this supplement in two weeks.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Marcia Cohen (via e-mail and ECF)

      Elizabeth Quinn

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/16/2021