# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

Via E-mail and ECF

October 6, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Ramón Peralta
20 Cr 385 (KMK)

Dear Honorable Karas:

I am writing to ask that Your Honor please adjourn today's conference in Mr. Peralta's case. The reason for this request is to allow the parties to continue discussing a potential resolution. As such, I ask that the conference be adjourned for approximately three weeks. I have spoken to AUSA Marcia Cohen and she joins in this request.

Thank you for your consideration.

Granted. The conference is adjourned to 11/18/21, at 11:00. Time is already excluded given the pending motion.

So Ordered.
[signature]
10/6/21

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Marcia Cohen (via e-mail and ECF)
Elizabeth Quinn, Assistant Federal Defender