# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Via E-mail and ECF

August 18, 2022

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Ramón Peralta
     20 Cr 385 (KMK)

Dear Honorable Karas:

I am writing to ask that Mr. Peralta's sentencing, which is currently scheduled for September 8, 2022, be adjourned to date in November. I am making this request because I need additional time to compile records that relate to Mr. Peralta's sentencing, and because I have trial scheduled to begin on September 19, 2022. I have spoken to AUSA Marcia Cohen, and she does not object to this request.

Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Marcia Cohen (via e-mail and ECF)
    Elizabeth Quinn, Assistant Federal Defender

Granted. The sentence is adjourned to November 29, 2022 at 2:00 p.m.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

8/22/2022